ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICARDO PENA PARNO (01)<br>  AKA "ROBERTO ALAMEDA CENTENO"<br>  AKA "ROBERTO JAVIER CENTENO"<br>  AKA "FRANK CHURON"<br>  AKA "FRANCISCO FLORES" | No.<br><br>4-21CR043-Y |

## INFORMATION

The United States Attorney Charges:

### Count One
### Theft of Government Money
### (Violation of 18 U.S.C. §§ 641 and 2)

Between in or around November 2020 and continuing into January 2021, in the Fort Worth Division of the Northern District of Texas, defendant, **Ricardo Pena Parno**, and others known and unknown, aiding and abetting one another, did willfully and knowingly steal, purloin and convert to his own use and the use of another, money of the United States, namely: unemployment insurance funds administered by the Texas Workforce Commission and funded by the U.S. Department of Labor, to which he knew that he and others were not entitled, and having a total value exceeding $1,000.

Information - Page 1

In violation of 18 U.S.C. §§ 641 and 2.

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ P.J. Meitl*

P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Tel:   214-659-8680
Fax:   214-659-8812
Email: philip.meitl@usdoj.gov